Appeal from Circuit Court, Poinsett County; W. J. Driver, Judge.

PER CURIAM. Judgment affirmed, under rule 7 (120 S. W. v).

---

THOMPSON v. CITY OF WARREN.

(Supreme Court of Arkansas.  March 2, 1914.)

Appeal from Chancery Court, Bradley County; Zachariah T. Wood, Chancellor.

PER CURIAM. Appeal dismissed, for failure to file transcript within the time prescribed by statute.

---

LEWIS v. STATE.  (No. 3534.)

(Court of Criminal Appeals of Texas.  May 5, 1915.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Henry Lewis was convicted of burglary, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction for burglary, with the lowest penalty assessed, this appeal is prosecuted.

There is neither a statement of facts nor

bill of exceptions in the record. In the absence of these, no question is raised which we can review.

The judgment is affirmed.

---

TANNER v. STATE.  (No. 3547.)

(Court of Criminal Appeals of Texas.  May 19, 1915.)

Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge.

John Tanner was convicted, and appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Upon an indictment and trial for murder, appellant was convicted of aggravated assault, and fined $75.

There is no statement of facts or bill of exceptions in the record. No question is raised which we can review in the absence of these.

The judgment is affirmed.